# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2249

_____

United States of America

*Plaintiff - Appellee*

v.

Dereck Meyer

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: December 06, 2018
Filed: December 11, 2018
[Unpublished]

_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Dereck Dominick Meyer appeals the sentence the district court[1] imposed after revoking his supervised release. In counseled and pro se briefs, Meyer challenges the

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

district court's classification of his most serious violation as a Grade A violation. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

During the revocation hearing, the parties jointly recommended a revocation sentence of 21 months in prison, Meyer confirmed his agreement to that sentence, and the district court adopted the recommendation and imposed the recommended sentence. This court therefore concludes that any direct challenge to the sentence is foreclosed. *See United States v. Nguyen*, 46 F.3d 781, 783 (8th Cir. 1995) ("A defendant who explicitly and voluntarily exposes himself to a specific sentence may not challenge that punishment on appeal.")

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____